Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the

Claim for Compensation under the Workmen's Compensation Law, of ETHEL WOCK ZIMMER, as Executrix, etc., of MARTHA ANN WOCK, Deceased, Appellant, v. GLEN TELEPHONE COMPANY, Employer, and STATE INSURANCE FUND, Insurance Carrier, Respondents.— Decision of December 30, 1920, reversed, with costs in favor of the claimant against the State Industrial Board. All concur, John M. Kellogg, P. J., not voting, not being a member of the court at the time of this decision.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim under the Workmen's Compensation Law, of EUCARISTICA BELLOMO, Widow of NATALIE BELLOMO, Deceased, Respondent, v. BROOKLYN EDISON COMPANY, INC., Employer and Self-Insurer, Appellant.— Award unanimously affirmed, with costs.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, to LEO CONDON, Respondent, v. AMERICAN LOCOMOTIVE COMPANY, Employer and Self-Insurer, Appellant.— Award unanimously affirmed, with costs.